# 20 Largest Unsecured Creditors
# Birmingham Coal & Coke Co., Inc.

| Trade Vendor Creditors | | |
|---|---|---|
| **Vendor** | **Address** | **Amount Due** |
| | | $ - |
| State Lands- OU1 | State Lands Division, 64 N Union St., Montgomery, Al 36130 | $ 1,840,787.43 |
| State Lands Division | State Lands Division, 64 N Union St., Montgomery, Al 36131 | $ 1,244,118.96 |
| Regions Bank- Deepwater Trust 2 | Natural Resources, PO Box 10463, Birmingham, Al 35202 | $ 288,680.97 |
| Regions Bank- Deepwater Trust IC | Natural Resources, PO Box 10463, Birmingham, Al 35203 | $ 75,475.34 |
| Resolute Forest Products | 17589 Plant Road, Coosa Pines, Al 35044 | $ 41,715.18 |
| Jason Rudakas | 208 Scarlet Ct., Chelsea, Al 35043 | $ 5,894.91 |
| Nelson Brothers | 820 Shades Creek PRKY Suite 2000, Birmingham, Al 35209 | $ 5,736.48 |
| Mine Safety & Health Admin | US Dept of Labor, P.O. Box 790390, St, Louis, MO 63179-0390 | $ 2,810.00 |
| Energy Technical Services, LLC | 14176 Hwy 69 North, Northport, Al 35475 | $ 1,600.00 |
| Perc Engineering Co. | 1606 Hwy 78 W, Jasper, Al 35501 | $ 660.00 |
| ASMC | P.O. Box 2390 Jasper, Al 35502 | $ 500.00 |
| Ogletree Deakins | 50 International DR. Suite 200, Greenville, SC 29615 | $ 130.50 |
| Mineral Labs, Inc. | P.O. Box 549, Salyersville, KY 41465 | $ 40.00 |
| | Total | **$ 3,508,149.77** |