UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ALABAMA – SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>BIRMINGHAM COAL & COKE COMPANY, INC.,<br><br>Debtor. | CASE NO. 15-02075-TOM-11<br><br>CHAPTER 11<br><br>JUDGE TAMARA O. MITCHELL |
| In re:<br><br>CAHABA CONTRACTING AND RECLAMATION, LLC,<br><br>Debtor. | CASE NO. 15-02077<br><br>CHAPTER 11 |
| In re:<br><br>RAC MINING, LLC,<br><br>Debtor. | CASE NO. 15-02078<br><br>CHAPTER 11 |

**ORDER PURSUANT TO BANKRUPTCY RULE 1015(B) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

CONSIDERING the motions filed by the above-captioned Debtors and Debtors-in-Possession (collectively, the "Debtors") for the entry of an order under FED. R. BANKR. P. 1015(b) and 11 U.S.C. § 105(a) granting joint administration of their respective Chapter 11 cases (the "Motion for Joint Administration") (Dkt. No. 4), the record of the above-captioned chapter 11 cases, applicable law, and for any reasons orally assigned in open Court and on the record at a hearing on the Motion;

IT IS ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court;

IT IS FURTHER ORDERED that the caption of the jointly administered cases should read as follows:

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>BIRMINGHAM COAL & COKE, COMPANY, INC.,<br><br>Debtor. | CASE NO. 15-02075-TOM-11<br>(Jointly Administered with Case Nos. 15-02077 and 15-02078)<br><br>CHAPTER 11 |

IT IS FURTHER ORDERED that (a) a single docket sheet shall be maintained for all matters occurring in these cases; however, separate claims registers shall be maintained and each creditor shall file a proof of claim against a particular Debtor's estate; (b) combined service lists may be used; and (c) combined notices to creditors of the estates may be used;

IT IS FURTHER ORDERED that the Debtors shall file separate monthly operating reports that shall include separate quarterly fee summaries for each Debtor to enable the Bankruptcy Administrator to calculate the quarterly fee for each Debtor;

IT IS FURTHER ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases;

IT IS FURTHER ORDERED that a docket entry shall be made in each of the above-captioned cases substantially similar to the following:

{N3034665.1} 2

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Birmingham Coal & Coke Company, Inc. (15-02075), Cahaba Conservation and Reclamation, LLC (15-02077) and RAC Mining, LLC (15-02078), and the docket for Birmingham Coal & Coke Co., Inc. should be consulted for all matters affecting these jointly administered cases.

DONE and ORDERED this 28th day of May, 2015.

/s/Tamara O. Mitchell
U.S. Bankruptcy Judge
