IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

**Birmingham Coal & Coke Co., Inc.,** §
§ Case Number: **15-02075-TOM-11**
§ Jointly Administered with 15-02077
Debtor(s). § and 15-02078

## NOTICE TO FILE CLAIMS

Notice is hereby given that there may be assets from which a dividend could be paid in this case. Any creditor wishing to participate if there are proceeds from assets available for distribution must, pursuant to Rule 3002 (c)(5) of the Federal Rules of Bankruptcy Procedure, file a proof of claim on or before **August 3, 2015.** For governmental units, a proof of claim must be filed on or before **September 3, 2015.**

Notice is further given that should you fail to file a claim within the time fixed, your claim may be barred. **If you have previously filed a claim, you need not file again**. A proof of claim can be obtained at any bankruptcy clerk's office or by visiting **www.uscourts.gov/FormsAndFees**.

Dated: June 2, 2015

                                            Douglas E. Wedge, Chief Deputy Clerk
                                            United States Bankruptcy Court

                                            By: /s/ Leigh Tumlin
                                                   Deputy Clerk