IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: ) | Case No. 15-02075-TOM-11 | |
| **Birmingham Coal & Coke Company, Inc.** ) | **(Jointly Administered with Case** | |
| ) | **Nos. 15-02077 and 15-02078)** | |
| ) | | |
| **Debtor.** ) | Chapter 11 | |

## ORDER APPOINTING CONSOLIDATED UNSECURED CREDITORS' COMMITTEE

This matter having come before the Court for an expedited hearing on Wednesday, June 17, 2015, at 10:00 AM on the Bankruptcy Administrator's Report and Recommendation for Appointment of Unsecured Creditors' Committee. Appearances were made as noted on the record. For cause shown and in the absence of any objection by those appearing, it is

**ORDERED, ADJUDGED and DECREED** that the Bankruptcy Administrator shall appoint one consolidated unsecured creditors' committee to serve as the unsecured creditors' committee in the jointly administered cases of Birmingham Coal & Coke Company, Inc., Bankruptcy Case No. 15-02075-TOM-11, Cahaba Contracting & Reclamation, LLC, Bankruptcy Case No. 15-02077-TOM-11, and RAC Mining, LLC, Bankruptcy Case No. 15-02078-TOM-11. Based on the affirmative responses to the Bankruptcy Administrator's initial solicitation for participation on an unsecured creditors' committee, the following creditors are appointed to the consolidated unsecured creditors' committee:

**Jasper Oil**
Attn: Blake Andrews
P. O. Box 10246
Birmingham, AL 35202-0246

**Thompson Tractor Co., Inc.**
Attn: Shanon Taylor
2401 Pinson Hwy.
Box 10367
Birmingham, AL 35202

**Boren's Explosive Company, Inc.**
Attn: Pat Boren
1940 Pinson Valley Parkway
Birmingham, AL 35219

**Hager Oil Company, Inc.**
Attn: Philip C. Grace
P. O. Box 1429
Jasper, AL 35502-1429

| | |
|---|---|
| **Jerry Roberson** | **Perc Engineering Co., Inc.** |
| 818 20th Street | R. Evan "Pete" Parrish |
| P. O. Box 657 | P. O. Box 1712 |
| Haleyville, AL 35565 | Jasper, AL 35502-1712 |
| | |
| **Nelson Brothers, LLC** | **State of Alabama Department of** |
| Attn: Jason K. Baker | **Conservation and Natural Resources** |
| 820 Shades Creek Pkwy., Suite 2000 | Jerry C. Oldshue, Jr. |
| Birmingham, AL 35209 | Rosen Harwood, PA |
| | 2200 Jack Warner Pkwy., Suite 200 |
| | Tuscaloosa, AL 35401 |

The Bankruptcy Administrator is authorized to further solicit for participation on the consolidated unsecured creditors' committee from the Amended List of Creditors Holding 20 Largest Unsecured Claims that was filed on June 16, 2015. The consolidated committee appointed herein may be enlarged to add additional creditors based on the Bankruptcy Administrator's further solicitation.

Dated: June 17, 2015

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge