UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BIRMINGHAM COAL & COKE ) | CASE NO.:15-02075-TOM11 |
| COMPANY, INC., ) | (Jointly administered with Case |
| ) | Numbers: 15-02077 and 15-02078) |
| DEBTOR. ) | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take Notice that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the following is a party in interest in the above-styled bankruptcy proceeding and the undersigned hereby enters his appearance as counsel for **The Consolidated Unsecured Creditors' Committee.**

Please take further notice that pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that all notices and papers specified by the Rule and Rule 9010 of the Federal Rules of Bankruptcy Procedure and all other notices given or required to be given in this case be given and served upon:

Marvin E. Franklin, Esq.
NAJJAR DENABURG, P.C.
2125 Morris Avenue
Birmingham, Alabama 35203

The foregoing request includes, without limitation all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document or item of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile transmission or otherwise.

/s/ Marvin E. Franklin
Marvin E. Franklin
Attorney for The Consolidated
Unsecured Creditors' Committee

OF COUNSEL:
NAJJAR DENABURG, P.C.
2125 Morris Avenue
Birmingham, AL 35203
(205) 250-8400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appearance and Request for Notices has been served upon the following by placing a copy of the same by electronic mail as stated below, this the 29th day of June, 2015.

pgrace@hageroil.com
bandrews@drummondco.com
sporterfield@sirote.com
pparrish@percengineering.com
boldshue@rosenharwood.com
jerry@jdrlaw.org
eddie@fineacc.com
shanontaylor@thompsontractor.com
bgoldman@handarendall.com
jbaker@nelbro.com
smoran@friedman-lawyers.com
pat@borenexplosives.com
rwebber@rosenharwood.com

/s/ Marvin E. Franklin
OF COUNSEL